FLYNN, Respondent, v. NEW YORK, W. & B. RY. CO., Appellant, et al. (Supreme Court, Appellate Division, Second Department. April 24, 1914.) Action by Michael W. Flynn against

the New York, Westchester & Boston Railway Company and another.

PER CURIAM. Motion granted, on condition that within 20 days appellant give a bond in the sum of $5,000 for the payment of the costs already taxed and the usual costs on appeal, as well as the sum alternatively directed to be paid for the purposes of the conveyance. If appellant shall neglect to give such bond, the motion is denied, with $10 costs. See, also, 160 App. Div. 907, 144 N. Y. Supp. 1116.